BEFORE THE SECOND DIVISION, JANUARY 16, 1939

**No. 40434.**—Protest 557465–G of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. From the record it was found that certain items consist of wearing apparel in chief value of silk similar to that involved in Abstract 22255. The claim at 65 percent under paragraph 1210 was therefore sustained.

**No. 40435.**—Protest 641532–G of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. The record showed that certain items consist of cotton wearing apparel similar to that involved in Abstract 21444. The claim at $37\frac{1}{2}$ percent under paragraph 919 was therefore sustained.

**No. 40436.**—Protests 557118–G, etc., of Bullocks, Inc. (Los Angeles).

Opinion by TILSON, J. On the record presented the merchandise in question was held dutiable at $37\frac{1}{2}$ percent under paragraph 919 as claimed. Abstract 23241 followed.

**No. 40437.**—Protests 430036–G, etc., of Bergdorf & Goodman Co. et al. (New York).

Opinion by TILSON, J. The record showed that certain items are in chief value of cellulose filaments similar to the merchandise involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 40438.**—Protest 337292–G of Massce & Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of articles in chief value of artificial silk similar to the merchandise involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 40439.**—Protest 731383–G of Samuel S. Perry (Los Angeles).

Opinion by KINCHELOE, J. On the authority of *Akawo* v. *United States* (T. D. 48067) the protest was sustained.

**No. 40440.**—Protests 478458–G, etc., of B. K. Elliott Co. et al. (Pittsburgh).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.